# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **CHRISTOPHER JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     1:11CV964 |
| | ) |
| **SERGEANT DANCE, et al.,** | ) |
| | ) |
| **Defendant(s).** | ) |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, has submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that it is impossible to further process this complaint. The problem is:

1. None of the defendants are located within this District, but are located in the Eastern District of North Carolina. Plaintiff should seek the proper forms from the Clerk of that district and file the complaint there. The proper address is: 310 New Bern Avenue, Room 574, Raleigh, NC 27601.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and in the correct district. *In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS RECOMMENDED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and in the correct district.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

November 15, 2011